UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADRIAN MOON, | ) | 1:12-cv-00096-GSA-PC |
| | ) | |
| Plaintiff, | ) | ORDER INFORMING PLAINTIFF HE HAS LEAVE TO AMEND THE COMPLAINT ONCE AS A MATTER OF COURSE, RESOLVING PLAINTIFF'S MOTION TO AMEND (Doc. 9.) |
| v. | ) | |
| MAURICE JUNIOUS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**I.  BACKGROUND**

Adrian Moon ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on January 20, 2012. (Doc. 1.) On February 8, 2012, Plaintiff filed a motion to amend the complaint and submitted an Amended Complaint which was filed by the Clerk. (Docs. 8, 9.)

**II.  RULE 15 -- MOTION TO AMEND**

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). Because Plaintiff has not amended the

complaint, and no responsive pleading has been served in this action, Plaintiff has leave to file an amended complaint as a matter of course.

### III. CONCLUSION

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff is informed that he has leave to amend the complaint once as a matter of course;
2. This order resolves Plaintiff's motion to amend the complaint, filed February 8, 2012; and
3. Plaintiff's Amended Complaint was properly filed.

IT IS SO ORDERED.

Dated:   **February 9, 2012**              **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE

2