# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MOON, | 1:12-cv-00096-GSA-PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO STRIKE<br>(Doc. 48.) |
| vs. | ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT |
| MAURICE JUNIOUS, et al., | |
| Defendants. | ORDER FOR CLERK TO SEND PLAINTIFF COPIES OF PAGES 1-32 OF SECOND AMENDED COMPLAINT<br>(Doc. 36.) |
| | THIRTY DAY DEADLINE TO FILE THIRD AMENDED COMPLAINT |

**I.   BACKGROUND**

Adrian Moon ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to Plaintiff pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on January 20, 2012. (Doc. 1.)  On March 23, 2012, Plaintiff consented to Magistrate Judge jurisdiction in this action, and no other parties have made an appearance. (Doc. 16.)  Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

1

1  On October 26, 2012, the Court entered an order dismissing Plaintiff's Second Amended
2  Complaint under Local Rule 220, with leave to amend. (Doc. 40.) On January 11, 2012, Plaintiff
3  filed a motion to strike a statement from the Second Amended Complaint. (Doc. 48.)

4  **II.    PLAINTIFF'S MOTION**

5  Plaintiff requests the Court to strike a statement from his Second Amended Complaint to cure
6  a redundancy. The Second Amended Complaint was dismissed in its entirety on October 26, 2012,
7  and therefore Plaintiff's motion is moot. To the extent that Plaintiff seeks to make changes to the
8  Second Amended Complaint, his remedy is to prepare and file a Third Amended Complaint pursuant
9  to the Court's order of October 26, 2012.

10  Plaintiff also requests the Court to send him a free copy of the Second Amended Complaint.
11  Plaintiff claims he "does not have a copy of the Second Amended Complaint in his possession to
12  properly restate the verified allegations to cure in submitting of the third amended verified
13  complaint." (Motion, Doc. 48 at 2:18-21.) Plaintiff is advised that he should always keep a personal
14  copy of any document submitted to the Court. The Clerk does not ordinarily provide free copies of
15  case documents to parties. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C.
16  § 1914(a). The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does
17  not entitled him to free copies of documents from the Court. Under 28 U.S.C. § 2250, the Clerk is
18  not required to furnish copies without cost to an indigent petitioner except by order of the judge. The
19  Second Amended Complaint, with its exhibits, contains eighty pages, and Plaintiff would be required
20  to submit advance payment $40.00, together with a large self-addressed postage-paid envelope and
21  a written request to the Clerk for copies.

22  In this instance, in light of the fact that the Court has ordered Plaintiff to prepare a Third
23  Amended Complaint, the Court shall make a one-time exception and provide Plaintiff with free
24  copies of pages 1-32 of the Second Amended Complaint, without its 48 pages of exhibits. This
25  should enable Plaintiff to include all of his allegations and claims in the Third Amended Complaint.

26  With respect to the exhibits, while they are permissible, Fed. R. Civ. P. 10(c), they are not
27  necessary in the federal system of notice pleading, Fed. R. Civ. P. 8(a). The Court strongly suggests
28  to Plaintiff that they should not be submitted where (1) they serve only to confuse the record and

burden the Court, or (2) they are intended as future evidence. If this action reaches a juncture at which the submission of evidence is appropriate and necessary (e.g., summary judgment or trial), Plaintiff will have the opportunity at that time to submit his evidence. If Plaintiff decides he needs copies of the exhibits to the Second Amended Complaint, he should follow the instructions given above for requesting copies from the Clerk. Plaintiff shall not be granted additional free copies without a showing of good cause.

### III. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to strike a statement from the Second Amended Complaint is DENIED as moot;
2. Plaintiff is GRANTED thirty days from the date of service of this order in which to file a Third Amended Complaint, pursuant to the Court's order of October 26, 2012; and
3. The Clerk is DIRECTED to send Plaintiff pages 1-32 of the Second Amended Complaint (Doc. 36.).

IT IS SO ORDERED.

Dated: **January 14, 2013**          /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE