IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MOON,<br><br>        Plaintiff,<br><br>    v.<br><br>M. JUNIOUS, et al.,<br><br>        Defendants. | 1:12-cv-00096 GSA PC<br><br>ORDER GRANTING PLAINTIFF A FURTHER EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>AMENDED COMPLAINT DUE IN THIRTY DAYS |

    Plaintiff is a state prisoner proceeding pro se in this civil rights action.  On January 31, 2013, an order was entered, granting Plaintiff's motion for an extension of time to file an amended complaint in compliance with an earlier order.  On February 7, 2013, Plaintiff filed a notice of change of address, indicating his transfer to Chuckawalla Valley State Prison.  The January 31, 2013, order was served on Plaintiff at Soledad State Prison.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted a further extension of time of thirty days from the date of service of this order in which to file a second amended complaint.

    IT IS SO ORDERED.

Dated:   **February 19, 2013**                    /s/ **Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE